

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00381-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After the clerk's and reporter's records had been filed, on July 29, 2016, we determined the appellate record was complete and set the due date for Appellants' brief. After this court granted Appellants' first motion for extension of time to file the brief, on October 10, 2016, Appellants filed an unopposed motion to extend the due date for Appellants' brief because of multiple errors in the clerk's record. Specifically, the clerk's record filed in this appeal consists primarily of records from a related but separate underlying cause.

We direct the clerk of this court to inform the trial court clerk of the inaccuracies in the clerk's record including those listed in Appellants' motion. *See* TEX. R. APP. P. 34.5(d). We ORDER the trial court clerk to file a new clerk's record, consisting of the documents designated by Appellants for trial court cause number 2012-PC-2800, in this court within THIRTY DAYS of the date of this order.

Appellants' motion to withdraw the brief due date is GRANTED. Appellants' brief will be due THIRTY DAYS after the appellate record is complete. Appellants' motion for extension of time to file the brief is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court